IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR334 |
| | ) | |
| Plaintiff, | ) | JUDGE BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHHONY J. RUDESS, | ) | |
| | ) | |
| Defendant. | ) | FINAL ORDER OF FORFEITURE |

    1. On September 9, 2005, this Court initially forfeited $8,960.92 in U.S. Currency, subject to the provisions of 21 U.S.C. § 853(n)(1) [as incorporated by 28 U.S.C. § 2461(c)].

    2. Pursuant to 21 U.S.C. § 853(n)[as incorporated by 28 U.S.C. § 2461(c) third parties asserting a legal interest in the initially forfeited currency are entitled to a judicial determination of the validity of the legal claims or interests they assert.

    3. The United States published notification of the Court's Preliminary Order of Forfeiture in the Toledo Legal News on

August 22, 29, and September 5, 2006. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject currency.

4. No claims to the initially forfeited currency have been made by third parties.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

The $8,960.92 in U.S. Currency, is finally forfeited to the United States, pursuant to 18 U.S.C. § 981, for disposition in accordance with law.

IT IS SO ORDERED this <u>5th</u> day of <u>January</u>, 2007.

s/Christopher A. Boyko
CHRISTOPHER BOYKO
UNITED STATES DISTRICT JUDGE

2